**FILED**
CLERK, U.S. DISTRICT COURT

11/14/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROXANA C. LAUB,<br><br>　　　　Defendant. | No. **8:24-cr-00133-DOC**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1344(2): Bank Fraud;<br>18 U.S.C. §§ 1028(a)(7),<br>(b)(1)(D): Unlawful Transfer,<br>Possession, and Use of Means of<br>Identification] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1344(2)]

A.   THE SCHEME TO DEFRAUD

1.   Beginning in or around December 2015, and continuing through in or around September 2022, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant ROXANA C. LAUB, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to obtain monies and funds owned by and in the custody and control of Bank of America, N.A., Citibank N.A., Merrill Lynch, Pierce, Fenner and Smith, Synchrony Bank, and Wells Fargo Bank N.A., financial institutions

whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B.   MANNER AND MEANS OF THE FRAUDULENT SCHEME

   2.   The scheme to defraud operated, in substance, in the following manner:

      a.   Defendant LAUB would obtain the Personally Identifiable Information (PII) of Victim A, a senior citizen, including Victim A's social security number and date of birth.

      b.   Without Victim A's knowledge or permission, during 2016, Defendant LAUB would write approximately $46,000 in checks to herself drawn on Victim A's Merrill Lynch's bank account ending in 16A85, on which she had forged Victim A's signature.

      c.   Defendant LAUB would then deposit those checks into her Chase checking account ending in 0985.

      d.   Defendant LAUB would use a Citibank credit card in Victim A's name to charge a total of approximately $19,000 in personal expenditures, including approximately $19 at a fast food restaurant in Santa Ana, California, in February 2021; approximately $139 at a Santa Ana restaurant in June 2021; and approximately $259 at a West Hollywood bar in July 2022.

      e.   Without Victim A's knowledge or permission, Defendant LAUB would use Victim A's Wells Fargo bank account ending in 3570 to make more than $14,000 in payments for bills on the Citibank credit card in Victim A's name.

C.   THE EXECUTION OF THE SCHEME TO DEFRAUD

   3.   On or about January 10, 2017, within the Central District of California, defendant LAUB deposited check number 641 for $2,000

drawn on Victim A's Merrill Lynch bank account ending in 16A85 into defendant LAUB's Chase checking account ending in 0985, which constituted an execution of the fraudulent scheme.

COUNT TWO

[18 U.S.C. §§ 1028(a)(7), (b)(1)(D)]

4.  On or about February 26, 2021, in Orange County, within the Central District of California, defendant ROXANA C. LAUB knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the name and Citibank credit card ending in 3846 of Victim A, a senior citizen, with the intent to commit, to aid and abet the commission of, and in connection with the commission of, a violation of Federal law, namely, Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), as charged in Count One of this Information, with said transfer, possession, and use affecting interstate and foreign commerce and resulting in obtaining anything of value aggregating $1,000 or more during any one year period.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Orange County Office

CHARLES E. PELL
Assistant United States Attorney
Orange County Office

4